OPINION — AG — **** COURT CLERK — FEES — MAXIMUM **** THE PROVISIONS OF 28 O.S. Supp. 1969, SECTION 31[28-31] [28-31], WHICH PROVIDE THAT A COURT CLERK SHALL CHARGE A 1% FEE UP TO A MAXIMUM OF $200.00 UPON "RECEIVING AND PAYING OUT" MONEY PURSUANT TO LAW OR ORDER OF THE COURT AUTHORIZE A 1% FEE TO BE CHARGED UPON EACH PROCESS OR TRANSACTION OR RECEIVING AND PAYING OUT OF MONEY PURSUANT TO LAW OR ODER OF THE COURT. CITE: 28 O.S. 1969 Supp., 39.2 [28-39.2], 28 O.S. 1969 Supp., 39.1 [28-39.1], 28 O.S. 1969 Supp., 157 [28-157] GARY F. GLASGOW